UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ALFREDO ROSALES-BOLANOS,

Petitioner,

v.

CHRISTOPHER CHESTNUT, Warden, et al.,

Respondents.

No.  1:26-cv-00305-KES-SKO (HC)

**ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITION**

**[THIRTY-DAY DEADLINE]**

Petitioner has filed a petition for writ of habeas corpus challenging his detention by the United States Bureau of Immigration and Customs Enforcement ("ICE").

Petitioner is a native and citizen of El Salvador. He claims he is being unlawfully detained without a bond hearing pursuant to 28 U.S.C. § 1225(b). He further claims his due process rights were violated when he was arrested and detained without notice, materially changed circumstances or a hearing before a neutral adjudicator.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent will be directed to file a Response.

Accordingly, it is HEREBY ORDERED:

1.     Respondent is DIRECTED to file a Response to the Petition within THIRTY (30) days of the date of service of this order.  Rule 4, Rules Governing Section 2254

1

Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).  Respondent SHALL INCLUDE copies of all relevant portions of Petitioner's Alien File or any other documentation relevant to the determination of the issues raised in the Petition. Rule 5 of the Rules Governing Section 2254 Cases.

2.    Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response is filed with the Court.

3.    In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).  As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:    **January 16, 2026**                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE